| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>In re:<br><br>CBRM REALTY INC. *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-15343 (MBK)<br>(Joint Administration Requested) |

**Order Filed on May 21, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey**

# ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered 2 through 3, is hereby **ORDERED**.

**DATED: May 21, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (1115), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the debtors' service address in these chapter 11 cases is: 4499 Pond Hill Road, San Antonio Texas 78231.

(Page 2)
Debtors: CBRM REALTY INC., *et al*.
Case No. 25-15343
Caption of Order: ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

After review of the *Debtors' Application for Expedited Consideration of First Day Matters* (the "**Application**"), and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The following applications and motions (collectively, the "**Motions**") are scheduled for hearing before the Honorable Michael B. Kaplan, Chief Judge, 402 East State Street, Trenton, New Jersey 08608, Courtroom #8 on May 27, 2025 at 11:30 a.m. (prevailing Eastern Time):

| | **Motion** |
|---|---|
| 1. | Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 7] |
| 2. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, and (B) File a Consolidated List of Creditors in Lieu of Submitted a Separate Mailing Matrix for Each Debtor, (II) Approving the Form and Manner of Notifying Creditors of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief [Docket No. 8] |
| 3. | Exhibit C to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Debtors' 30 Largest Unsecured Creditors, and (B) File a Consolidated List of Creditors in Lieu of Submitted a Separate Mailing Matrix for Each Debtor, (II) Approving the Form and Manner of Notifying Creditors of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief [Docket No. 9] |
| 4. | Application for Designation as a Chapter 11 Complex Case [Docket No. 10] |

3. A true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

(Page 3)
Debtors:          CBRM REALTY INC., *et al*.
Case No.         25-15343
Caption of Order:    ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

---

4.      Objections and/or responses to the Motions, if any, may be made at the hearing pursuant to D.N.J. LBR 9013-5(d).

5.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.