UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
michael.pompeo@faegredrinker.com

and

James H. Millar (*pro hac vice* pending)
1177 Avenue of the Americas, 41st Fl.
New York, NY 10035
Tel: (212) 248-3264
Fax: (212) 248-3141
james.millar@faegredrinker.com

*Counsel for the Ad Hoc Group of*
*Holders of Crown Capital Notes*

| | |
|---|---|
| In re: | Chapter 11 |
| CBRM REALTY INC., *et al.*, | Case No. 25-15343 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**VERIFIED STATEMENT PURSUANT**
**TO BANKRUPTCY RULE 2019**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (1115), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the Debtors' service address in these chapter 11 cases is: 4499 Pond Hill Road, San Antonio Texas 78231.

In connection with the chapter 11 case (the "Chapter 11 Case") commenced by the above-captioned debtors and debtors in possession (the "Debtors"), on May 19, 2025, pursuant to rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019"), Faegre Drinker Biddle & Reath LLP ("Faegre Drinker" or "Counsel") hereby submit this verified statement (the "Verified Statement"), with respect to Counsel's representation of the ad hoc group identified herein (the "Ad Hoc Group of Holders of Crown Capital Notes") formed by certain unaffiliated beneficial holders of the Debtors' senior unsecured notes: (a) 8.00% Senior Unsecured Notes due 2025, (b) 12.50% Social Senior Unsecured Notes due 2025, and (c) 6.75% Senior Unsecured Notes due 2027 ("Notes").

1.      Beginning on or about March 25, 2024, the Ad Hoc Group of Holders of Crown Capital Notes retained Faegre Drinker to represent them in connection with a potential restructuring of the Debtor's obligations.

2.      The Ad Hoc Group of Holders of Crown Capital Notes holds disclosable economic interests or acts as investment managers or advisors to funds and/or accounts that hold disclosable economic interest in relation to certain of the Debtors. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each of the Ad Hoc Group of Holders of Crown Capital Notes [2], attached hereto as **Exhibit A** is a list of the names addresses, nature, and amount of all disclosable economic interests of each of the members of the Ad Hoc Group of Holders of Crown Capital Notes in relation to the Debtors.  The information set forth herein (including **Exhibit A**) is based upon information provided to

---

[2]      No member of the Ad Hoc Group of Holders of Crown Capital Notes assumes any fiduciary or other duties to any other member or to any other entity or individual.

DMS_US.371214225.3

Faegre Drinker by the members of the Ad Hoc Group of Holders of Crown Capital Notes and

is intended only to comply with Bankruptcy Rule 2019.

3.      As of the date of this Verified Statement, Counsel represents only the Ad Hoc Group

of Holders of Crown Capital Notes and does not represent or purport to represent any entity or

entities other than the Ad Hoc Group of Holders of Crown Capital Notes in connection with

the Debtors' Chapter 11 Case.

4.      Nothing contained in this Verified Statement (or the Exhibit hereto) should be

construed as (a) a limitation upon, or waive of, any rights of the Ad Hoc Group of Holders of

Crown Capital Notes to assert, file, and/or amend any claim or proof of claim filed in

accordance with applicable law and any orders entered in these Chapter 11 Case or (b) an

admission with respect to any fact or legal theory.

5.      Counsel reserves the right to amend this Verified Statement as necessary in

accordance with the requirements set forth in Bankruptcy Rule 2019.


*Remainder of Page Intentionally Left Blank*

DMS_US.371214225.3

Dated:  May 23, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Michael P. Pompeo*
Michael P. Pompeo (NJ Bar No. 03032-1996)
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
michael.pompeo@faegredrinker.com

James H. Millar (*pro hac vice* pending)
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Telephone: (212) 248-3264
Facsimile: (212) 248-3141
james.millar@faegredrinker.com

*Counsel for the Ad Hoc Group of*
*Holders of Crown Capital Notes*

## CERTIFICATE OF SERVICE

I, Michael P. Pompeo, hereby certify that on May 23, 2025, I caused the foregoing *Verified Statement Pursuant to Bankruptcy Rule 2019* to be served by this Court's CM/ECF System.

*/s/ Michael P. Pompeo*
Michael P. Pompeo

DMS_US.371214225.3

**EXHIBIT A**

| NAME[1] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[2] |
|---|---|---|
| Edward S. Stein | 8468 Abbington Circle, #2122, Naples, FL 34108 | 12.5% 2025 Notes: $300,000 |
| Jacques de Saint Phalle | 13647 Deering Bay Drive Coral Gables, FL, 33158 | 12.5% 2025 Notes: $1,000,000 |
| First Dakota National Bank | 225 Cedar St., Yankton, SD 57078 | 12.5% 2025 Notes: $1,000,000 <br> 6.75% 2027 Notes: $2,000,000 |
| Adams Bank & Trust | 315 North Spruce, Box 720, Ogallala, NE  69153 | 6.75% 2027 Notes: $7,000,000 <br> 8% 2025 Notes: $3,000,000 <br> 12.5% 2025 Notes: $2,000,000 |
| LL Mortgage Fund, L.P. | 2400 Market Street, Suite 302, Philadelphia, PA 19103 | 12.5% 2025 Notes: $2,000,000 <br> 6.75% 2027 Notes: $2,750,000 |
| The Ohio State Life Insurance Company | 300 Crescent Court, Suite 700, Dallas, TX 75201 | 12.5% 2025 Notes: $2,000,000 |
| Citizens State Bank | 32500 Woodward Avenue, Royal Oak, MI 48073 | 12.5% 2025 Notes: $1,000,000 <br> 6.75% 2027 Notes: $1,500,000 |
| Cattaraugus County Bank | 120 Main Street, Little Valley, NY 14755 | 6.75% 2027 Notes: $500,000 <br> 8% 2025 Notes: $1,000,000 |
| Catholic Holy Family Society[3] | 2021 Mascoutah Ave. (physical), Belleville, IL 62220 <br> PO Box 327 <br> Belleville, IL 62222 | 6.75% 2027 Notes: $500,000 |
| First Catholic Slovak Union | 6611 Rockside Road, Suite 300, Independence, OH 44131 | 6.75% 2027 Notes: $2,000,000 |
| Luso-American Financial, A Fraternal Benefit | 7080 Donlon Way, Suite 200 (NPA reads "Donion") Dublin, CA 94568 | 6.75% 2027 Notes: $500,000 |
| National Slovak Society of the USA | 1301 Ashwood Drive, Canonsburg, PA 15317[4] | 6.75% 2027 Notes: $5,000,000 |

---

[1]    The members of the Ad Hoc Group of Holders of Crown Capital Notes are listed here either (i) as entities that hold disclosable economic interests directly or (ii) on behalf of certain of their affiliates or affiliated investment funds or investment funds, accounts, vehicles, or other entities that hold disclosable economic interests that are advised, sub-advised, or managed by the members of the Ad Hoc Group of Holders of Crown Capital Notes.

[2]    To the best of Faegre Drinker's knowledge, the information included herein is accurate as of the date hereof.  The debt amounts set forth herein include only outstanding principal amounts and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.

[3]    Currently known as "Catholic Fraternal Life".

[4]    Former address: 351 Valley Brook Road, McMurray, PA 15317-3337.

| NAME[1] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[2] |
|---|---|---|
| Polish Roman Catholic Union of America | 984 N. Milwaukee, Chicago, IL 60642 | 6.75% 2027 Notes: $1,000,000 |
| SPJST | 520 North Main Street, Temple, TX 76503 | 6.75% 2027 Notes: $1,000,000 |
| Ukrainian National Association | 2200 Route 10, PO Box 280, Suite 201, Parsippany, NJ 07054-0780 | 6.75% 2027 Notes: $1,000,000 |
| Western Catholic Union | 510 Maine St, Quincy, IL 62301 | 6.75% 2027 Notes: $1,000,000 |
| Gulf Coast Bank & Trust | 200 St Charles Avenue, 3rd floor, New Orleans, La 70130 | 6.75% 2027 Notes: $2,000,000 |
| Bar Harbor Bank and Trust | 82 Main Street PO Box 400 Bar Harbor, ME 04609 | 6.75% 2027 Notes: $8,000,000 12.5% 2025 Notes: $1,000,000 |
| Strada Philanthropy, Inc. | 10 W Market Street, Suite 1100, Indianapolis, IN, 46204, USA | 6.75% 2027 Notes: $1,500,000 |
| AmeriServ Financial Bank | 216 Franklin Street, Johnstown, PA  15901 | 6.75% 2027 Notes: $1,000,000 |
| Royal Bridge Master Fund LP | c/o Royal Bridge Capital LP 110 Somerville Ave,  Suite 266, Chattanooga, TN 37405 | 12.5% 2025 Notes: $250,000 |
| Concert Insurance Company | 21805 Field Parkway, Suite 320, Deer Park, IL  60010 | 12.5% 2025 Notes: $200,000 |
| Concert Specialty Insurance Company | 21805 Field Parkway, Suite 320, Deer Park, IL  60010 | 12.5% 2025 Notes: $200,000 |
| Concert Group Holding, Inc. | 21805 Field Parkway, Suite 320, Deer Park, IL  60010 | 12.5% 2025 Notes: $200,000 |
| Evergreen National Indemnity Company | 6150 Oak Tree Blvd., Suite 440, Independence, Ohio 44131 | 12.5% 2025 Notes: $300,000 |
| Gramercy Risk Management, LLC | 333 Earle Ovington Blvd., Suite 502, Uniondale, NY 11553 | 12.5% 2025 Notes: $100,000 |
| Stillwater Insurance Company | 6800 Southpoint Pkwy., Suite 700, Jacksonville, FL 32216 | 12.5% 2025 Notes: $1,500,000 |
| Stillwater Property and Casualty Insurance Company | 6800 Southpoint Pkwy., Suite 700, Jacksonville, FL 32216 | 12.5% 2025 Notes: $500,000 |

DMS_US.371214225.3

| NAME[1] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[2] |
|---|---|---|
| First Missouri Bancshares, Inc. | P.O. Box 190, Brookfield, MO 64628 | 12.5% 2025 Notes: $500,000 |
| ProAssurance Indemnity Company, Inc. | 100 Brookwood Place, Birmingham, AL 35209 | 12.5% 2025 Notes: $750,000 |
| Norcal Insurance Company | 100 Brookwood Place, Birmingham, AL 35209 | 6.75% 2027 Notes: $1,250,000<br>8% 2025 Notes: $1,000,000<br>12.5% 2025 Notes: $750,000 |
| Customers Bank | 40 General Warren Blvd Suite 200, Malvern, PA  19355 | 6.75% 2027 Notes: $17,500,000<br>8% 2025 Notes: $4,000,000<br>12.5% 2025 Notes: $20,000,000 |
| Hood Family Trust | 900 Crestview Lane, Owatonna, MN 55060 | 12.5% 2025 Notes: $75,000 |
| Thompson Bond Fund | PO Box 46520 Madison, WI 53744-6520 | 12.5% 2025 Notes: $7,000,000 |
| CFBank, N.A. | 4960 E. Dublin-Granville Road, Suite 400, Columbus, Ohio 43081 | 8% 2025 Notes: $3,000,000<br>12.5% 2025 Notes: $4,000,000 |
| Cincinnati Insurance Company | 6200 South Gilmore Road, Fairfield, Ohio 45014 | 6.75% 2027 Notes: $11,000,000<br>8% 2025 Notes: $4,000,000<br>12.5% 2025 Notes: $5,000,000 |
| Cincinnati Life Insurance Company | 6200 South Gilmore Road, Fairfield, Ohio 45014 | 6.75% 2027 Notes: $4,000,000<br>8% 2025 Notes: $3,000,000<br>12.5% 2025 Notes: $2,000,000 |
| National Security Insurance Company | 331 E Davis St Elba, AL 36323 | 12.5% 2025 Notes: $500,000 |
| NexBank | 2515 McKinney Ave, Suite 1100, Dallas, TX 75201 | 12.5% 2025 Notes: $5,000,000 |
| Great American Insurance Company | 301 E. Fourth St. – 38th Floor, Cincinnati, OH 45202, Attn: Matthew Hill | 8% 2025 Notes: $2,500,000 |
| Federated Life Insurance Company | 121 East Park Square, Owatonna, MN  55060 | 6.75% 2027 Notes: $7,000,000<br>8% 2025 Notes: $4,000,000<br>12.5% 2025 Notes: $3,000,000 |
| Federated Mutual Insurance Company | 121 East Park Square, Owatonna, MN  55060 | 6.75% 2027 Notes: $7,000,000<br>8% 2025 Notes: $4,000,000<br>12.5% 2025 Notes: $5,000,000 |
| Federated Reserve Insurance Company | 121 East Park Square, Owatonna, MN  55060 | 12.5% 2025 Notes: $500,000 |

DMS_US.371214225.3

| NAME[1] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[2] |
|---|---|---|
| Federated Service Insurance Company | 121 East Park Square, Owatonna, MN 55060 | 12.5% 2025 Notes: $1,000,000 |
| Granite Re Inc. | 121 East Park Square, Owatonna, MN 55060 | 12.5% 2025 Notes: $500,000 |
| Sagicor Reinsurance Bermuda | Suite 301, Canon's Court \| 22 Victoria Street, Hamilton \| HM 12 Bermuda | 6.75% 2027 Notes: $14,000,000 |
| | | 8% 2025 Notes: $1,500,000 |
| Andrew D. Baker | 142 Long Lots Road, New Canaan, CT 06840 | 12.5% 2025 Notes: $50,000 |
| John Beckelman | 1251 Avenue of the Americas, 6th Fl., New York, NY 10020 | 12.5% 2025 Notes: $1,000,000 |

4

DMS_US.371214225.3