## **EXHIBIT A**

# New Orleans Debtors Organization Chart



# Kelly Hamilton Debtor Organization Chart

