| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>**WHITE & CASE LLP**<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: gregory.pesce@whitecase.com<br><br>- and -<br><br>Andrew Zatz<br>Samuel P. Hershey (admitted *pro hac vice*)<br>Barrett Lingle (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: azatz@whitecase.com<br>　　　　sam.hershey@whitecase.com<br>　　　　barrett.lingle@whitecase.com<br><br>*Counsel to Debtors and Debtors-in-Possession*<br><br>**KEN ROSEN ADVISORS PC**<br>Kenneth A. Rosen<br>80 Central Park West<br>New York, New York 10023<br>Telephone: (973) 493-4955<br>Email: ken@kenrosenadvisors.com<br><br>*Co-Counsel to Debtors and Debtors-in-Possession* | |
| In re:<br><br>CBRM Realty Inc. *et al.*,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 25–15343 (MBK)<br>(Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (9071), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951).  The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

### DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 21, 2025 AT 12:30P.M. (PREVAILING EASTERN TIME)

The above-captioned debtors and debtors-in-possession (the "**Debtors**") file this Witness and Exhibit List regarding the hearing scheduled for Thursday, August 21, 2025 at 12:30 p.m. (prevailing Eastern Time) (the "**Hearing**").

The Debtors reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to or during the Hearing. The Debtors further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases. Designation of any exhibit below does not waive any objections the Debtors may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

### WITNESSES

The Debtors may call the following witnesses:

1. Matthew Dundon;
2. Any witness necessary to authenticate a document;
3. Any witness listed or called by any other party;
4. Rebuttal or impeachment witnesses as necessary; and
5. The Debtors reserve the right to cross-examine any witness called by any other party.

### EXHIBITS

The Debtors may introduce the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 1. | *Declaration of Matthew Dundon, Principal of* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
|  | *IslandDundon LLC, in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 44] |  |  |  |  |  |  |
| **2.** | *Motion of Party in Interest Moshe ("Mark") Silber for Issuance of a Subpoena Duces Tecum Pursuant to Fed. R. Bankr. P. 2004(c) and 9016* [Docket No. 298] |  |  |  |  |  |  |
| **3.** | *Notice of Motion* [Docket No. 298-1] |  |  |  |  |  |  |
| **4.** | *Letter* [Docket No. 298-2] |  |  |  |  |  |  |
| **5.** | *Proposed Order* [Docket No. 298-3] |  |  |  |  |  |  |
| **6.** | *Motion of Party in Interest Moshe ("Mark") Silber for Appointment of an Equity Security Holders Committee or, in the Alternative, Appointment of Counsel* [Docket No. 348] |  |  |  |  |  |  |
| **7.** | *Notice of Motion* [Docket No. 348-1] |  |  |  |  |  |  |
| **8.** | *Proposed Order* [Docket No. 348-2] |  |  |  |  |  |  |
| **9.** | *Debtors' Objection to Motion of Party in Interest Moshe ("Mark") Silber for Appointment of an Equity Security Holders Committee or, in the Alternative, Appointment of Counsel* [Docket No. 374] |  |  |  |  |  |  |
| **10.** | *Debtors' Limited Objection to Motion of Party in Interest ("Mark") Silber for Issuance of a Subpoena Duces Tecum Pursuant to Fed. R. Bankr. P.* |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
|  | 2004(c) and 9016 [Docket No. 375] |  |  |  |  |  |  |
| 11. | *Supplemental Declaration of Matthew Dundon, Principal of IslandDundon LLC, in Support of (I) Debtors' Objection to Debtors' Limited Objection to Motion of Party in Interest Moshe ("Mark") Silber for Issuance of a Subpoena Duces Tecum Pursuant to Fed. R. Bankr. P. 2004(C) and 9016 and Debtors' Objection to Motion of Party in Interest Moshe ("Mark") Silber for Appointment of an Equity Security Holders Committee or, in the Alternative, Appointment of Counsel* [Docket No. 376] |  |  |  |  |  |  |
| 12. | *United States Trustee's Objection to Motion of Party in Interest Moshe ("Mark") Silber for Appointment of an Equity Security Holders Committee or, in the Alternative, Appointment of Counsel* [Docket No. 377] |  |  |  |  |  |  |
| 13. | *Debtors' Motion for Entry of an Order (I) Granting Leave for the Debtors to Conduct Rule 2004 Examination or, in the Alternative, for Leave Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to Depose Moshe "Mark" Silber, (II) Approving Related Procedures, and (III) Granting Related Relief* [Docket No. 378] |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 14. | *Notice of Debtors' Motion for Entry of an Order (I) Granting Leave for the Debtors to Conduct Rule 2004 Examination or, in the Alternative, for Leave Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to Depose Moshe "Mark" Silber, (II) Approving Related Procedures, and (III) Granting Related Relief* [Docket No. 378-1] | | | | | | |
| 15. | *Debtors' Memorandum of Law in Support of Motion for Entry of an Order (I) Granting Leave for the Debtors to Conduct Rule 2004 Examination or, in the Alternative, for Leave Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to Depose Moshe "Mark" Silber, (II) Approving Related Procedures, and (III) Granting Related Relief* [Docket No. 378-2] | | | | | | |
| 16. | *Proposed Order Granting Debtors' Motion for Entry of an Order (I) Granting Leave for the Debtors to Conduct Rule 2004 Examination or, in the Alternative, for Leave Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to Depose Moshe "Mark" Silber, (II) Approving Related Procedures, and (III) Granting Related Relief* [Docket No. 378-4] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 17. | *Debtors' Application for Order Shortening Time* [Docket No. 379] | | | | | | |
| 18. | *Proposed Order Granting Application to Shorten Time* [Docket No. 379-1] | | | | | | |
| 19. | *Order Granting Application to Shorten Time* [Docket No. 380] | | | | | | |

Dated: August 18, 2025

Respectfully submitted,

*/s/ Andrew Zatz*
**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

- and -

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
    sam.hershey@whitecase.com
    barrett.lingle@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-Possession*