**Exhibit F**

**Identity of Members of the Trust Advisory Committee**

**Trust Advisory Committee Members**

1. Customers Bank
2. Federated Insurance Companies
3. Cincinnati Financial
4. AQS Asset Management
5. Bar Harbor Bank and Trust
6. Sagicor Life Insurance Co.
7. NexAnnuity
8. NSG Asset Management