## Exhibit G

### Schedule of Excluded Parties

Pursuant to the *Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 338] (as may be amended, modified, revised, or supplemented from time to time, the "***Plan***"), in addition to any other Excluded Parties specifically enumerated in the Plan, the Debtors may designate certain parties and each of their Affiliates partners, members, managers, officers, directors, and agents that are not specifically identified in the Plan as a Released Party as Excluded Parties.

The Excluded Parties shall not receive the protections of the Plan's release, injunction, or exculpation provisions. **For the avoidance of doubt, no Excluded Party shall constitute a Released Party or Exculpated Party in any capacity and all claims against the Excluded Parties that are held by the Debtors or Holders of Claims and Interests are expressly preserved**.

**A Schedule of Excluded Parties may be provided by the Debtors at any time prior to the date the Confirmation Order is entered by the Court.**