UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

- and -

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
 sam.hershey@whitecase.com
 barrett.lingle@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-Possession*

In re:

CBRM Realty Inc. *et al.*,

     Debtors.[1]

Chapter 11

Case No. 25–15343 (MBK)
(Jointly Administered)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (9071), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON
SEPTEMBER 4, 2025 AT 11:30 A.M. (PREVAILING EASTERN TIME)**

The above-captioned debtors and debtors-in-possession (the "**Debtors**") file this Witness and Exhibit List regarding the hearing scheduled for Thursday, September 4, 2025 at 11:30 a.m. (prevailing Eastern Time) (the "**Hearing**").

The Debtors reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to or during the Hearing. The Debtors further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases. The Debtors reserve the right to use any exhibit on any other party's exhibit list and reserve the right to use exhibits not on Debtors' list for cross-examination or rebuttal. Designation of any exhibit below does not waive any objections the Debtors may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

## WITNESSES

The Debtors may call the following witnesses:

1. Matthew Dundon;
2. Justin Utz;
3. Chardell Bacon;
4. Any witness necessary to authenticate a document;
5. Any witness listed or called by any other party;
6. Rebuttal or impeachment witnesses as necessary; and
7. The Debtors reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

The Debtors may introduce the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| **1.** | *Debtors' Motion for Entry of an Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry Into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 281] | | | | | | |
| **2.** | *Debtors' Application for Order Shortening Time* [Docket No. 282] | | | | | | |
| **3.** | *Order Shortening Time Period for Notice* [Docket No. 289] | | | | | | |
| **4.** | *Declaration of Matthew Dundon, Principal of IslandDundon LLC, in Support of Debtors' Motion for Entry of an Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 313] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 5. | *Notice of Filing Revised Proposed Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry Into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket 319] | | | | | | |
| 6. | *Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 325] ("**Kelly Hamilton Bid Procedures Order**") | | | | | | |
| 7. | *Exhibit 1 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |
| 8. | *Exhibit 2 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |
| 9. | *Exhibit 3 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 10. | *Exhibit 4 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |
| 11. | *Notice of Proposed Sale, Entry into Stalking Horse Agreement, Bidding Procedures, Auction, and Confirmation and Sale Hearing* [Docket No. 333] | | | | | | |
| 12. | *Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 334] | | | | | | |
| 13. | *Schedule A to Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 334-1] | | | | | | |
| 14. | *Supplemental Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 362] | | | | | | |
| 15. | *Schedule A to Supplemental Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 362-1] | | | | | | |
| 16. | *Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtors Affiliates* [Docket No. 246] | | | | | | |
| 17. | *Objection of Chardell Bacon— on her own Behalf and on Behalf of Those Similarly-Situated—to Joint Chapter 11 Plan of CBRM* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
|  | *Realty, Inc. and Certain of its Debtor Affiliates and to Approval of the Kelly Hamilton Sale Transaction; and (II) Motion to Certify Class of Objectors Pursuant to Bankruptcy Rules 9014 and 7023* [Docket No. 453] ("**Bacon Objection**") |  |  |  |  |  |  |
| 18. | *Exhibit A to Bacon Objection* [Docket No. 453-1] |  |  |  |  |  |  |
| 19. | *Exhibit B to Bacon Objection* [Docket No. 453-2] |  |  |  |  |  |  |
| 20. | *Exhibit C to Bacon Objection* [Docket No. 453-3] |  |  |  |  |  |  |
| 21. | *Exhibit D to Bacon Objection* [Docket No. 453-4] |  |  |  |  |  |  |
| 22. | *Exhibit E to Bacon Objection* [Docket No. 453-5] |  |  |  |  |  |  |
| 23. | *Exhibit F to Bacon Objection* [Docket No. 453-6] |  |  |  |  |  |  |
| 24. | *Exhibit G to Bacon Objection* [Docket No. 453-7] |  |  |  |  |  |  |
| 25. | *Exhibit H to Bacon Objection* [Docket No. 453-8] |  |  |  |  |  |  |
| 26. | *Memorandum of Law in Support of Bacon Objection* [Docket No. 453-9] |  |  |  |  |  |  |
| 27. | *Proposed Order Granting Motion to Certify Class of Objectors and Other Requested Relief* [Docket No. 453-10] |  |  |  |  |  |  |
| 28. | *Certification of Service to Bacon Objection* [Docket No. 453-11] |  |  |  |  |  |  |
| 29. | *Objection of the City of Pittsburgh to (A) the Debtors' Sale Motion for the Kelly* |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Hamilton Property and (B) Confirmation of Debtors' Plan and Reorganization and Request for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c)1* [Docket No. 455] | | | | | | |
| **30.** | *United States Trustee's Objection to the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 460] | | | | | | |
| **31.** | *Revised Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 320-1] | | | | | | |
| **32.** | *Further Revised Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 338-1] | | | | | | |
| **33.** | *Notice of Filing of Plan Supplement* [Docket No. 411] | | | | | | |
| **34.** | *Exhibit A to Plan Supplement – Kelly Hamilton Purchase Agreement* [Docket No. 411-1] | | | | | | |
| **35.** | *Exhibit B to Plan Supplement – Rejected Executory Contract and Unexpired Lease List* [Docket No. 411-2] | | | | | | |
| **36.** | *Exhibit C to Plan Supplement – Creditor Recovery Trust Agreement* [Docket No. 411-3] | | | | | | |
| **37.** | *Exhibit D to Plan Supplement – Schedule of Retained Causes of Action* [Docket No. 411-4] | | | | | | |
| **38.** | *Exhibit E to Plan Supplement – Identity of Creditor Recovery Trustee* [Docket No. 411-5] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 39. | *Exhibit F to Plan Supplement – Identity of Members of Trust Advisory Committee* [Docket No. 411-6] | | | | | | |
| 40. | *Exhibit G to Plan Supplement – Schedule of Excluded Parties* [Docket No. 411-7] | | | | | | |
| 41. | *Exhibit H to Plan Supplement – Schedule of Transferred Subsidiaries* [Docket No. 411-8] | | | | | | |
| 42. | *Exhibit I to Plan Supplement – Schedule of Abandoned Entities* [Docket No. 411-9] | | | | | | |
| 43. | *Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtors Affiliates* [Docket No. 247] | | | | | | |
| 44. | *Order and Notice on Disclosure Statement* [Docket No. 250] | | | | | | |
| 45. | *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 283] | | | | | | |
| 46. | *Debtors' Application for Order Shortening Time* [Docket No. 285] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 47. | *Order Shortening Time Period for Notice* [Docket No. 290] | | | | | | |
| 48. | *Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 283-1] | | | | | | |
| 49. | *Notice of Filing Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 321] | | | | | | |
| 50. | *Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 321-1] | | | | | | |
| 51. | *Redline of Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 321-2] | | | | | | |
| 52. | *Notice of Filing Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 339] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 53. | *Further Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 339-1] | | | | | | |
| 54. | *Redline of Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 339-2] | | | | | | |
| 55. | *Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 347] | | | | | | |
| 56. | *Exhibit 2 to Order Conditionally Approving Disclosure Statement – Solicitation and Voting Procedures* [Docket No. 347] | | | | | | |
| 57. | *Exhibit 3 to Order Conditionally Approving Disclosure Statement – Form of Ballots* [Docket No. 347] | | | | | | |
| 58. | *Exhibit 4 to Order Conditionally Approving Disclosure Statement – Notice of Non-Voting Status and Opt-In Form* [Docket No. 347] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| **59.** | *Exhibit 5 to Order Conditionally Approving Disclosure Statement – Cover Letter* [Docket No. 347] | | | | | | |
| **60.** | *Exhibit 6 to Order Conditionally Approving Disclosure Statement – Combined Hearing Notice* [Docket No. 347] | | | | | | |
| **61.** | *Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 349] | | | | | | |
| **62.** | *Exhibit 2 to Order Conditionally Approving Disclosure Statement – Solicitation and Voting Procedures* [Docket No. 349] | | | | | | |
| **63.** | *Exhibit 3 to Order Conditionally Approving Disclosure Statement – Form of Ballots* [Docket No. 349] | | | | | | |
| **64.** | *Exhibit 4 to Order Conditionally Approving Disclosure Statement – Notice of Non-Voting Status and Opt-In Form* [Docket No. 349] | | | | | | |
| **65.** | *Exhibit 5 to Order Conditionally Approving Disclosure* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Statement – Cover Letter* [Docket No. 349] | | | | | | |
| 66. | *Exhibit 6 to Order Conditionally Approving Disclosure Statement – Combined Hearing Notice* [Docket No. 349] | | | | | | |
| 67. | *Notice of Errata Regarding Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 360] | | | | | | |
| 68. | *Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 385] | | | | | | |
| 69. | *Notice of Hearing on Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 385-1] | | | | | | |
| 70. | *Proposed Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 385-2] | | | | | | |
| 71. | *Debtors' Application for Order Shortening Time* [Docket No. 398] | | | | | | |
| 72. | *Proposed Order Shortening Time Period for Notice* [Docket No. 398-1] | | | | | | |
| 73. | *Order Shortening Time Period for Notice* [Docket No. 401] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 74. | *Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 387] | | | | | | |
| 75. | *Proposed Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 387-1] | | | | | | |
| 76. | *Debtors' Application for Order Shortening Time* [Docket No. 388] | | | | | | |
| 77. | *Proposed Order Shortening Time Period for Notice* [Docket No. 388-1] | | | | | | |
| 78. | *Order Shortening Time Period for Notice* [Docket No. 396] | | | | | | |
| 79. | *Notice of Filing of Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 438] | | | | | | |
| 80. | *Revised Proposed Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 438-1] | | | | | | |
| 81. | *Redline of Revised Debtors' Motion for an Order (A)* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
|  | *Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 438-2] |  |  |  |  |  |  |
| 82. | *Notice of Filing of Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 447] |  |  |  |  |  |  |
| 83. | *Further Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 447-1] |  |  |  |  |  |  |
| 84. | *Redline of Further Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 447-2] |  |  |  |  |  |  |
| 85. | *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)* |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 391] | | | | | | |
| 86. | *Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 391-1] | | | | | | |
| 87. | *Debtors' Application for Order Shortening Time* [Docket No. 392] | | | | | | |
| 88. | *Order Shortening Time Period for Notice* [Docket No. 397] | | | | | | |

15

Dated: August 29, 2025

Respectfully submitted,

*/s/ Andrew Zatz*
**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

- and -

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
sam.hershey@whitecase.com
barrett.lingle@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-Possession*