| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1** <br> In re: <br><br> CBRM Realty Inc. *et al.*, <br><br> Debtors.[1] |

Chapter 11

Case No. 25–15343 (MBK)
(Jointly Administered)

# STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION

The relief set forth on the following pages, numbered three (3) through nine (9), is **ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (9071), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), RH New Orleans Holdings MM LLC (1951), and Laguna Reserve Apts Investor LLC (N/A). The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

-and-

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
       sam.hershey@whitecase.com
       barrett.lingle@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-Possession*

| | |
|---|---|
| Debtors: | CBRM REALTY INC., *et al*. |
| Case No. | 25-15343 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION |

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), 3650 SS1 Pittsburgh LLC (the "**Kelly Hamilton Purchaser**"), Lynd Management Group LLC, Lynd Living, Kelly Hamilton Lender LLC and LAGSP, LLC (collectively, "**Lynd**"), the City of Pittsburgh, Pennsylvania (the "**City**"), and Chardell Bacon ("**Ms. Bacon**" and, together with the Debtors, the Kelly Hamilton Purchaser, Lynd, and the City, collectively, the "**Parties**") hereby enter into this stipulation and agreed order (this "**Stipulation and Agreed Order**") as follows:

## RECITALS

**WHEREAS**, on May 19, 2025 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**"), and such cases are being jointly administered pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure [Docket No. 51]. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

**WHEREAS**, on July 30, 2025, the Debtors filed the *Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 338] (as may be subsequently modified, amended, or supplemented from time to time, the "**Plan**") and the *Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket

| | |
|---|---|
| Debtors: | CBRM REALTY INC., *et al*. |
| Case No. | 25-15343 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION |

No. 339] (as may be subsequently modified, amended, or supplemented from time to time, the "**Disclosure Statement**");[1]

**WHEREAS**, on August 26, 2025, Ms. Bacon filed the *(I) Objection of Chardell Bacon—on Her Own Behalf and on Behalf of Those Similarly-Situated—to Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates and to Approval of the Kelly Hamilton Sale Transaction; and (II) Motion to Certify Class of Objectors Pursuant to Bankruptcy Rules 9014 and 7023* [Docket No. 453] (the "**Bacon Objection**");

**WHEREAS**, on August 26, 2025, the City filed the *Objection of the City of Pittsburgh to: (A) the Debtors' Sale Motion for the Kelly Hamilton Property and (B) Confirmation of Debtor's Plan of Reorganization and Request for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(C)(1)* [Docket No. 455] (the "**City Objection**" and, together with the Bacon Objection, the "**Objections**")*;* and

**WHEREAS**, the parties have exchanged information regarding the Objections and engaged in good faith, arms' length discussions and have reached a consensual resolution of the Objections and Ms. Bacon and the City hereby withdraw with prejudice the Objections, consent to confirmation of the Plan, and consent to entry of the Confirmation Order and all of the factual findings in the Confirmation Order, and nothing herein constitutes a finding or admission by the Kelly Hamilton Purchaser or Lynd of any wrongdoing or liability with regard to the Objections.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan and the Disclosure Statement, as applicable.

(Page 5)

| | |
|---|---|
| Debtors: | CBRM REALTY INC., *et al*. |
| Case No. | 25-15343 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION |

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, THE PARTIES INTEND TO BE LEGALLY BOUND, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, INCORPORATION OF THIS STIPULATION INTO THE TERMS OF THE CONFIRMATION ORDER, AND THE EFFECTIVENESS OF THE DEBTORS' PLAN AND THE CONFIRMATION ORDER, THE FOLLOWING IS SO ORDERED**:

1. On or before Wednesday, September 3, 2025, the Kelly Hamilton Purchaser shall provide the City and Ms. Bacon, through their respective counsel, with copies of the Kelly Hamilton Purchaser's statement of work for capital expenditures attached hereto as **Exhibit A** ("**CAPEX SOW**") and Budget and Schedule for the Kelly Hamilton Property, along with unredacted copies (except such redaction as needed to not disclose third parties unless such parties agree to disclosure) of each of the Property Capital Needs Assessments that have been prepared pertaining to the Kelly Hamilton Property.

2. The Kelly Hamilton Purchaser and Lynd shall commit to spend the budgeted funds stated in the CAPEX SOW, which funds shall be in addition to any Housing Assistance Payments received by the Kelly Hamilton Purchaser and Lynd for the Kelly Hamilton Property, and shall perform all of the work outlined therein within the year following the closing of the Kelly Hamilton Sale Transaction (the "**Closing**"), subject to availability of access to units and subject to the terms of the Kelly Hamilton Purchaser's financial agreements (with any third-party commercial lenders). All repairs must be to the satisfaction of applicable governing bodies including the U.S.

(Page 6)
Debtors: CBRM REALTY INC., *et al*.
Case No. 25-15343 (MBK)
Caption of Order: STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION

---

Department of Housing and Urban Development ("**HUD**") and the Pennsylvania Housing Finance Agency ("**PHFA**") and to building and property code requirements as enforced by the City and health code requirements as enforced by the Allegheny County Health Department. If not already commenced, the work shall commence immediately and be scheduled in a manner that prioritizes repairs of occupied dwellings that are needed to remedy unsafe or unsanitary conditions and will resolve existing code violations ninety (90) days from the Closing. The City, or its designee, shall monitor implementation of the Kelly Hamilton Purchaser's and Lynd's performance, and the Kelly Hamilton Purchaser and Lynd shall cooperate with this monitoring.

3. The Kelly Hamilton Purchaser and Lynd shall:

   (a) conduct an open-invitation meeting with tenants of the Kelly Hamilton Property, local elected officials, and local nonprofits organizing for safe, livable homes within sixty (60) days of the Closing to discuss conditions, issues, and repair and renovation plans for the Kelly Hamilton Property;

   (b) utilize licensed professionals for repairs where required by permit or applicable law;

   (c) cause the manager to distribute utility subsidy checks to all tenants of the Kelly Hamilton Property entitled to receive them within ten (10) days of receipt of HUD subsidy payments;

   (d) relinquish any presently existing claims that predate August 1, 2024 for nonpayment of rent against any tenants;

   (e) offer reasonable payment plans to resolve any other claims of nonpayment of rent with monthly installments reasonable as compared to the tenants' income;

   (f) make written requests that tenants participate in income certifications for past due time periods to provide that any claims of debt reflect accurate tenant income certifications;

(Page 7)
Debtors: CBRM REALTY INC., *et al.*
Case No. 25-15343 (MBK)
Caption of Order: STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION

---

(g) use commercially reasonable efforts to explore and consider in good faith the ability to utilize the services of Just Mediation Pittsburgh to attempt to resolve any outstanding claims of nonpayment before initiating legal proceedings against the tenant; *provided, however*, that nothing contained in this Stipulation and Agreed Order shall constitute a requirement that the Kelly Hamilton Purchaser or Lynd pursue mediation prior to initiating legal proceedings; and

(h) fully cooperate with tenants' efforts as necessary for recertifications and lease renewals and ensure that recertifications and lease renewals are carried out in accordance with applicable HUD requirements.

4. The Kelly Hamilton Purchaser and Lynd shall take all steps feasible during its ownership or the ownership of any controlled Affiliates to ensure that the Kelly Hamilton Property is maintained as affordable housing pursuant to the renewal of that certain Housing Assistance Payments Contract (Contract Number PA28E000002), dated as of October 1, 1982, among Debtor Kelly Hamilton Apts LLC, HUD, and PHFA, as renewed and amended pursuant to that certain Renewal HAP Contract for Section 8 Mark-Up-To-Market Project entered into as of September 1, 2023 (the "**HAP Contract**"), a copy of which is attached hereto as **Exhibit B**.

5. The City maintains the right to periodically inspect the interior and exterior of the Kelly Hamilton Property, and the Kelly Hamilton Purchaser and Lynd shall cooperate to facilitate, and not interfere with, such inspections. The Kelly Hamilton Purchaser's obligation to make repairs required by the City shall comply with applicable laws, regulations, codes and ordinances and provide the residents of the Kelly Hamilton Property with habitable, clean and safe living conditions pursuant to HUD standards.

(Page 8)

| | |
|---|---|
| Debtors: | CBRM REALTY INC., *et al*. |
| Case No. | 25-15343 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION |

6. The Kelly Hamilton Purchaser and Lynd shall use best efforts to get 4% LIHTC financing (or other funding with substantially similar affordability terms) to preserve the Kelly Hamilton Property as affordable housing within two (2) years of Closing.

7. The Kelly Hamilton Purchaser shall be approved by HUD as the assignee of the HAP Contract. The City shall use reasonable efforts to support the Kelly Hamilton Purchaser to obtain assignment of the HAP Contract.

8. The Kelly Hamilton Purchaser shall provide the City with its management and maintenance plan for the Kelly Hamilton Property to ensure improved responsiveness to tenant requests and improved ongoing conditions for residents of the Kelly Hamilton Property. For the avoidance of doubt, such plan shall not be subject to acceptance or rejection by the City.

9. The Bacon Objection and City Objection are hereby withdrawn with prejudice.

10. Each of the Parties shall bear its own costs, expenses, and attorneys' fees incurred in connection with the negotiation, execution, and performance of this Stipulation and Agreed Order.

11. This Stipulation and Agreed Order shall only be effective and enforceable upon its approval and entry by the Bankruptcy Court on the docket for these chapter 11 cases, and shall become effective upon such approval.

12. Nothing in this Stipulation and Agreed Order shall constitute evidence admissible against the Parties in any action or proceeding other than one to enforce the terms of this Stipulation and Agreed Order.

| | |
|---|---|
| Debtors: | CBRM REALTY INC., *et al*. |
| Case No. | 25-15343 (MBK) |
| Caption of Order: | STIPULATION AND AGREED ORDER RESOLVING THE CITY OF PITTSBURGH'S AND CHARDELL BACON'S OBJECTIONS TO (I) CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF CBRM REALTY INC. AND CERTAIN OF ITS AFFILIATES AND (II) THE KELLY HAMILTON SALE TRANSACTION |

13.  The undersigned hereby represent and warrant that they have full authority to execute this Stipulation and Agreed Order on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation and Agreed Order.

14.  The Parties agree that each of them, through their respective counsel, has had a full opportunity to participate in the drafting of this Stipulation and Agreed Order, and, accordingly, any claimed ambiguity shall be construed neither for nor against any of the Parties.

15.  This Stipulation and Agreed Order constitutes the entire agreement between the Parties with respect to the subject matter hereof and supersedes all prior discussions, agreements, and understandings, both written and oral, among the Parties with respect thereto.

16.  The Bankruptcy Court retains non-exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction.

17.  The terms of this Stipulation and Agreed Order shall be interpreted in accordance with the laws of the Commonwealth of Pennsylvania and the decisions of the Pennsylvania courts.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 3, 2025

/s/ Andrew Zatz
**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

– and –

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
sam.hershey@whitecase.com
barrett.lingle@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-Possession*

/s/ Leigh Hoffman
**LIPPES MATHIAS, LLP**
Leigh A. Hoffman, Esq. (*admitted pro hac vice*)
54 State Street, Suite 1001
Albany, New York 12207
Telephone: (518) 462-0110
Email: lhoffman@lippes.com

*Co- Counsel to Lynd Management Group, Lynd Living, Kelly Hamilton Lender, LLC and LAGSP and Co-Counsel to 3650 SS1 Pittsburgh LLC*

*/s/ Mark Pfeiffer*
**BUCHANAN INGERSOLL & ROONEY PC**
Mark Pfeiffer, Esq.
700 Alexander Park, Suite 300
Princeton, New Jersey 08540
Telephone: (215) 665-3921 Fax: (215) 665-8760
Email: mark.pfeiffer@bipc.com

*Attorneys for the City of Pittsburgh*

*/s/ Douglas G. Leney*
**COMMUNITY JUSTICE PROJECT**
100 Fifth Avenue, Suite 900
Pittsburgh, Pennsylvania 15222
Telephone: 412-434-6002
Email: apuluka@cjplaw.org
  kquisenberry@cjplaw.org

– and –

Douglas G. Leney
1025 Laurel Oak Road
Voorhees, New Jersey 08043
Telephone: 215-963-3300
Email: dleney@archerlaw.com

*Counsel for Creditor, Chardell Bacon*