UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

- and -

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
          sam.hershey@whitecase.com
          barrett.lingle@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| CBRM Realty Inc. *et al.*, | Case No. 25–15343 (MBK) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (9071), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

## DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 4, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)

The above-captioned debtors and debtors-in-possession (the "**Debtors**") file this Witness and Exhibit List regarding the hearing scheduled for Thursday, September 4, 2025 at 10:00 a.m. (prevailing Eastern Time) (the "**Hearing**").

The Debtors reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to or during the Hearing. The Debtors further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases. The Debtors reserve the right to use any exhibit on any other party's exhibit list and reserve the right to use exhibits not on Debtors' list for cross-examination or rebuttal. Designation of any exhibit below does not waive any objections the Debtors may have to any exhibit listed on any party's exhibit list or introduced at the Hearing.

### WITNESSES

The Debtors may call the following witnesses:

1. Matthew Dundon;

2. Justin Utz;

3. Chardell Bacon;

4. Any witness necessary to authenticate a document;

5. Any witness listed or called by any other party;

6. Rebuttal or impeachment witnesses as necessary; and

7. The Debtors reserve the right to cross-examine any witness called by any other party.

### EXHIBITS

The Debtors may introduce the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 1. | *Debtors' Motion for Entry of an Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry Into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 281] | | | | | | |
| 2. | *Debtors' Application for Order Shortening Time* [Docket No. 282] | | | | | | |
| 3. | *Order Shortening Time Period for Notice* [Docket No. 289] | | | | | | |
| 4. | *Declaration of Matthew Dundon, Principal of IslandDundon LLC, in Support of Debtors' Motion for Entry of an Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 313] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 5. | *Notice of Filing Revised Proposed Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry Into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket 319] | | | | | | |
| 6. | *Order (I) Approving (A) Bidding Procedures, the Sale Timeline, and the Form and Manner of Notice Thereof for the Kelly Hamilton Property, (B) the Debtors' Entry into and Performance Under the Stalking Horse Agreement, (C) Bid Protections in Connection with the Stalking Horse Agreement, and (D) Assumption and Assignment Procedures, and (II) Granting Related Relief* [Docket No. 325] ("**Kelly Hamilton Bid Procedures Order**") | | | | | | |
| 7. | *Exhibit 1 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |
| 8. | *Exhibit 2 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |
| 9. | *Exhibit 3 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 10. | *Exhibit 4 to Kelly Hamilton Bid Procedures Order* [Docket No. 325] | | | | | | |
| 11. | *Notice of Proposed Sale, Entry into Stalking Horse Agreement, Bidding Procedures, Auction, and Confirmation and Sale Hearing* [Docket No. 333] | | | | | | |
| 12. | *Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 334] | | | | | | |
| 13. | *Schedule A to Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 334-1] | | | | | | |
| 14. | *Supplemental Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 362] | | | | | | |
| 15. | *Schedule A to Supplemental Notice of Possible Assumption and Assignment with Respect to Executory Contracts and Unexpired Leases of the Debtors* [Docket No. 362-1] | | | | | | |
| 16. | *Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtors Affiliates* [Docket No. 246] | | | | | | |
| 17. | *Objection of Chardell Bacon—on her own Behalf and on Behalf of Those Similarly-Situated—to Joint Chapter 11 Plan of CBRM* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Realty, Inc. and Certain of its Debtor Affiliates and to Approval of the Kelly Hamilton Sale Transaction; and (II) Motion to Certify Class of Objectors Pursuant to Bankruptcy Rules 9014 and 7023* [Docket No. 453] ("**Bacon Objection**") | | | | | | |
| 18. | *Exhibit A to Bacon Objection* [Docket No. 453-1] | | | | | | |
| 19. | *Exhibit B to Bacon Objection* [Docket No. 453-2] | | | | | | |
| 20. | *Exhibit C to Bacon Objection* [Docket No. 453-3] | | | | | | |
| 21. | *Exhibit D to Bacon Objection* [Docket No. 453-4] | | | | | | |
| 22. | *Exhibit E to Bacon Objection* [Docket No. 453-5] | | | | | | |
| 23. | *Exhibit F to Bacon Objection* [Docket No. 453-6] | | | | | | |
| 24. | *Exhibit G to Bacon Objection* [Docket No. 453-7] | | | | | | |
| 25. | *Exhibit H to Bacon Objection* [Docket No. 453-8] | | | | | | |
| 26. | *Memorandum of Law in Support of Bacon Objection* [Docket No. 453-9] | | | | | | |
| 27. | *Proposed Order Granting Motion to Certify Class of Objectors and Other Requested Relief* [Docket No. 453-10] | | | | | | |
| 28. | *Certification of Service to Bacon Objection* [Docket No. 453-11] | | | | | | |
| 29. | *Objection of the City of Pittsburgh to (A) the Debtors' Sale Motion for the Kelly* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Hamilton Property and (B) Confirmation of Debtors' Plan and Reorganization and Request for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c)1* [Docket No. 455] | | | | | | |
| 30. | *United States Trustee's Objection to the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 460] | | | | | | |
| 31. | *Revised Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 320-1] | | | | | | |
| 32. | *Further Revised Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 338-1] | | | | | | |
| 33. | *Notice of Filing of Plan Supplement* [Docket No. 411] | | | | | | |
| 34. | *Exhibit A to Plan Supplement – Kelly Hamilton Purchase Agreement* [Docket No. 411-1] | | | | | | |
| 35. | *Exhibit B to Plan Supplement – Rejected Executory Contract and Unexpired Lease List* [Docket No. 411-2] | | | | | | |
| 36. | *Exhibit C to Plan Supplement – Creditor Recovery Trust Agreement* [Docket No. 411-3] | | | | | | |
| 37. | *Exhibit D to Plan Supplement – Schedule of Retained Causes of Action* [Docket No. 411-4] | | | | | | |
| 38. | *Exhibit E to Plan Supplement – Identity of Creditor Recovery Trustee* [Docket No. 411-5] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 39. | *Exhibit F to Plan Supplement – Identity of Members of Trust Advisory Committee* [Docket No. 411-6] | | | | | | |
| 40. | *Exhibit G to Plan Supplement – Schedule of Excluded Parties* [Docket No. 411-7] | | | | | | |
| 41. | *Exhibit H to Plan Supplement – Schedule of Transferred Subsidiaries* [Docket No. 411-8] | | | | | | |
| 42. | *Exhibit I to Plan Supplement – Schedule of Abandoned Entities* [Docket No. 411-9] | | | | | | |
| 43. | *Certificate of Service* [Docket No. 448] | | | | | | |
| 44. | *Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtors Affiliates* [Docket No. 247] | | | | | | |
| 45. | *Order and Notice on Disclosure Statement* [Docket No. 250] | | | | | | |
| 46. | *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 283] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 47. | *Debtors' Application for Order Shortening Time* [Docket No. 285] | | | | | | |
| 48. | *Order Shortening Time Period for Notice* [Docket No. 290] | | | | | | |
| 49. | *Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 283-1] | | | | | | |
| 50. | *Notice of Filing Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 321] | | | | | | |
| 51. | *Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 321-1] | | | | | | |
| 52. | *Redline of Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 321-2] | | | | | | |
| 53. | *Notice of Filing Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
|  | *Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 339] |  |  |  |  |  |  |
| **54.** | *Further Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 339-1] |  |  |  |  |  |  |
| **55.** | *Redline of Revised Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 339-2] |  |  |  |  |  |  |
| **56.** | *Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 347] |  |  |  |  |  |  |
| **57.** | *Exhibit 2 to Order Conditionally Approving Disclosure Statement – Solicitation and Voting Procedures* [Docket No. 347] |  |  |  |  |  |  |
| **58.** | *Exhibit 3 to Order Conditionally Approving Disclosure Statement – Form of Ballots* [Docket No. 347] |  |  |  |  |  |  |
| **59.** | *Exhibit 4 to Order Conditionally Approving Disclosure Statement – Notice of Non-* |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Voting Status and Opt-In Form* [Docket No. 347] | | | | | | |
| **60.** | *Exhibit 5 to Order Conditionally Approving Disclosure Statement – Cover Letter* [Docket No. 347] | | | | | | |
| **61.** | *Exhibit 6 to Order Conditionally Approving Disclosure Statement – Combined Hearing Notice* [Docket No. 347] | | | | | | |
| **62.** | *Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III)) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 349] | | | | | | |
| **63.** | *Exhibit 2 to Order Conditionally Approving Disclosure Statement – Solicitation and Voting Procedures* [Docket No. 349] | | | | | | |
| **64.** | *Exhibit 3 to Order Conditionally Approving Disclosure Statement – Form of Ballots* [Docket No. 349] | | | | | | |
| **65.** | *Exhibit 4 to Order Conditionally Approving Disclosure Statement – Notice of Non-Voting Status and Opt-In Form* [Docket No. 349] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 66. | *Exhibit 5 to Order Conditionally Approving Disclosure Statement – Cover Letter* [Docket No. 349] | | | | | | |
| 67. | *Exhibit 6 to Order Conditionally Approving Disclosure Statement – Combined Hearing Notice* [Docket No. 349] | | | | | | |
| 68. | *Notice of Errata Regarding Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 360] | | | | | | |
| 69. | *Exhibit A Disclosure Statement for the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 360] | | | | | | |
| 70. | *Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 385] | | | | | | |
| 71. | *Notice of Hearing on Debtors' Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 385-1] | | | | | | |
| 72. | *Proposed Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief* [Docket No. 385-2] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 73. | *Debtors' Application for Order Shortening Time* [Docket No. 398] | | | | | | |
| 74. | *Proposed Order Shortening Time Period for Notice* [Docket No. 398-1] | | | | | | |
| 75. | *Order Shortening Time Period for Notice* [Docket No. 401] | | | | | | |
| 76. | *Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 387] | | | | | | |
| 77. | *Proposed Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 387-1] | | | | | | |
| 78. | *Debtors' Application for Order Shortening Time* [Docket No. 388] | | | | | | |
| 79. | *Proposed Order Shortening Time Period for Notice* [Docket No. 388-1] | | | | | | |
| 80. | *Order Shortening Time Period for Notice* [Docket No. 396] | | | | | | |
| 81. | *Notice of Filing of Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 438] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 82. | *Revised Proposed Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 438-1] | | | | | | |
| 83. | *Redline of Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 438-2] | | | | | | |
| 84. | *Notice of Filing of Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 447] | | | | | | |
| 85. | *Further Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 447-1] | | | | | | |
| 86. | *Redline of Further Revised Debtors' Motion for an Order (A) Applying Certain Orders in Initial Debtors' Chapter 11 Cases to Debtor Laguna Reserve Apts Investor LLC and (B) Granting Related Relief* [Docket No. 447-2] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 87. | *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 391] | | | | | | |
| 88. | *Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (IV) Granting Related Relief* [Docket No. 391-1] | | | | | | |
| 89. | *Debtors' Application for Order Shortening Time* [Docket No. 392] | | | | | | |
| 90. | *Order Shortening Time Period for Notice* [Docket No. 397] | | | | | | |
| 91. | *Declaration of Justin Utz, in Support of Final Approval of the Disclosure Statement and* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
|  | *Confirmation of the Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 472] |  |  |  |  |  |  |
| **92.** | *Declaration of Matthew Dundon, Principal of IslandDundon LLC, in Support of Final Approval of the Disclosure Statement and Confirmation of the Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 471] |  |  |  |  |  |  |
| **93.** | *Debtors' (I) Memorandum of Law in Support of (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto* [Docket No. 470] |  |  |  |  |  |  |
| **94.** | *Exhibit A to Debtors' (I) Memorandum of Law in Support of (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto* [Docket No. 470-1] |  |  |  |  |  |  |
| **95.** | *Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 469-1] |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 96. | *Redline of Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 469-2] | | | | | | |
| 97. | *Declaration of Andres A. Estrada with Respect to the Solicitation and the Tabulation of Votes on the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of Its Debtor Affiliates* [Docket No. 462] | | | | | | |
| 98. | *Declaration of James H. Millar Regarding the Appointment of Mr. Daniel B. Kamensky as Trustee to the Proposed Creditor Recovery Trust* [Docket No. 456] | | | | | | |
| 99. | *Affidavit of Publication of Notice of Proposed Sale, Entry into Staling Horse Agreement, Bidding Procedures, Auction and Confirmation and Sale Hearing* [Docket No. 366] | | | | | | |
| 100. | *Declaration of Matthew Dundon, Principal of IslandDundon LLC, in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 156] | | | | | | |
| 101. | *Matthew Dundon, Principal of IslandDundon LLC, in Support of Debtors' Chapter 11* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Petitions and First Day Pleadings* [Docket No. 44] | | | | | | |
| 102. | *Disclosure Statement for the Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of Its Debtor Affiliates* [Docket No. 390] | | | | | | |
| 103. | *Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of Its Debtor Affiliates* [Docket No. 389] | | | | | | |
| 104. | *Certificate of Service* [Docket No. 459] | | | | | | |
| 105. | *Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payments Under Section 503(B)(9) of the Bankruptcy Code, Against Laguna Reserve Apts Investor LLC* [Docket No. 463] | | | | | | |
| 106. | *Schedules of Assets and Liabilities of Laguna Reserve Apts Investor LLC* [Docket No. 16] | | | | | | |
| 107. | *Supplemental Declaration of Eric W. Kaup in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Hilco Real Estate, LLC as Real Estate Advisors Effective* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *July 16, 2025* [Docket No. 443] | | | | | | |
| 108. | *Supplemental Declaration of Michael Kemether in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Larry G. Schedler & Associates, Inc. as Real Estate Advisor, Consultant, and Exclusive Real Estate Broker Effective as of July 10, 2025* [Docket No. 442] | | | | | | |
| 109. | *Supplemental Declaration of Larry G. Schedler in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Larry G. Schedler & Associates, Inc. as Real Estate Advisor, Consultant, and Exclusive Real Estate Broker Effective as of July 10, 2025* [Docket No. 441] | | | | | | |
| 110. | *Supplemental Declaration of Evan J. Gershbein in Support of Debtors' Application for Entry of an Order Authorizing the Appointment of Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 440] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 111. | *Certificate of Service* [Docket No. 457] | | | | | | |
| 112. | *Supplemental Verified Statement of Kenneth A. Rosen in Support of Application by the Debtors to Employ Chapter 11 New Jersey Counsel* [Docket No. 439] | | | | | | |
| 113. | *Supplemental Declaration of Gregory F. Pesce in Support of Application for Entry of an Order Authorizing the Retention and Employment of White & Case LLP as Debtors' Counsel, Effective as of the Petition Date* [Docket No. 437*]* | | | | | | |
| 114. | *Order (I) Setting the Claims Bar Dates, (II) Setting the Rejection Damages Bar Date and the Amended Schedules Bar Date, (III) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Dates* [Docket No. 227] | | | | | | |
| 115. | *Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV)* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Granting Related Relief* [Docket No. 61] | | | | | | |
| 116. | *Exhibit A to Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief, Kelly Hamilton DIP Term Sheet* [Docket No. 61] | | | | | | |
| 117. | *Objection of Cleveland International Fund – Nrp West Edge, Ltd. to the Debtors' Motion for Entry of an Order (I) Authorizing The Debtors To Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket 94] | | | | | | |
| 118. | *Interim Order (I) Authorizing the Kelly Hamilton DIP Loan Parties to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV)* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Granting Related Relief* [Docket No. 107] | | | | | | |
| **119.** | *Transcript Regarding Hearing Held June 2, 2025* [Docket No. 111] | | | | | | |
| **120.** | *Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume Certain Amended and Restated Property Management and Asset Management Agreements* [Docket No. 128] | | | | | | |
| **121.** | *Order Authorizing the Assumption of Certain Amended and Restated Property Management Agreements and Asset Management Agreement* [Docket No. 171] | | | | | | |
| **122.** | *Final Order (I) Authorizing the Kelly Hamilton Dip Loan Parties to Obtain Senior Secured Priming Superpriority Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 178] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 123. | *Exhibit A to Final Order (I) Authorizing the Kelly Hamilton DIP Loan Parties to Obtain Senior Secured Priming Superpriority Postpetition Financing (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 178] | | | | | | |
| 124. | *Notice of Proposed Sale, Entry into Stalking Horse Agreement, Bidding Procedures, Auction, and Confirmation and Sale Hearing* [Docket No. 333] | | | | | | |
| 125. | *July 24, 2025 Hr'g Tr.* [Docket No. 335] | | | | | | |
| 126. | *Amended Schedules of Assets and Liabilities for RH Windrun LLC (Case No. 25-15345)* [Docket No. 344] | | | | | | |
| 127. | *Attorney Monthly Fee Statement for the Period May 19, 2025 Through May 31, 2025* [Docket No. 369] | | | | | | |
| 128. | *Attorney Monthly Fee Statement for the Period June 1, 2025 Through June 30, 2025* [Docket No. 403] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 129. | *Exhibit A to Declaration of Justin Utz, in Support of Final Approval of the Disclosure Statement and Confirmation of the Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 472-1] | | | | | | |
| 130. | *Supplemental Declaration of Matthew Dundon, Principal of IslandDundon LLC, in Support of (I) Debtors' Objection to Motion of Party in Interest Moshe ("Mark") Silber for Appointment of an Equity Security Holders Committee or, in the Alternative, Appointment of Counsel and (II) Debtors' Limited Objection to Motion of Party in Interest Moshe ("Mark") Silber for Issuance of a Subpoena Duces Tecum Pursuant to Fed. R. Bankr. P. 2004(C) and 9016* [Docket No. 376] | | | | | | |
| 131. | *Motion of Party in Interest Moshe ("Mark") Silber for Appointment of an Equity Security Holders Committee or, in the Alternative, Appointment of Counsel* [Docket No. 348] | | | | | | |
| 132. | *Declaration of Barrett Lingle in Support of the Debtors' Reply in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing,* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *(II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 205] | | | | | | |
| **133.** | *Exhibit D to Lingle Declaration, Forbearance Agreement dated August 29, 2024* [Docket No. 205-4] | | | | | | |
| **134.** | *Affidavit of Publication of Notice of (I) Hearing to Consider Confirmation of the Chapter 11 Plan, Final Approval of the Disclosure Statement, and Approval of the Kelly Hamilton Sale Transaction, and (II) Related Voting, Opt-In Bidding, Auction, and Objection Deadlines* [Docket No. 367] | | | | | | |
| **135.** | *Notice of Filing Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates* [Docket No. 500] | | | | | | |
| **136.** | *Exhibit A to Notice of Filing Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates, Amended Plan* [Docket No. 500-1] | | | | | | |
| **137.** | *Exhibit B to Notice of Filing Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates, Redline* [Docket No. 500-2] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 138. | *Notice of Filing Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates* [Docket No. 501] | | | | | | |
| 139. | *Exhibit A to Notice of Filing Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates, Modified Plan* [Docket No. 501-1] | | | | | | |
| 140. | *Exhibit B to Notice of Filing Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates, Redline* [Docket No. 501-2] | | | | | | |
| 141. | *Second Notice of Filing Plan Supplement* [Docket No. 502] | | | | | | |
| 142. | *Exhibit A to Second Notice of Filing Plan Supplement, Kelly Hamilton Purchase Agreement* [Docket No. 502-1] | | | | | | |
| 143. | *Exhibit B to Second Notice of Filing Plan Supplement, Creditor Recovery Trust Agreement* [Docket No. 502-2] | | | | | | |
| 144. | *Exhibit B-1 to Second Notice of Filing Plan Supplement (Redline) Creditor Recovery Trust Agreement* [Docket No. 502-2] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 145. | *Exhibit C to Second Notice of Filing Plan Supplement, Schedule of Retained Causes of Action* [Docket No. 502-3] | | | | | | |
| 146. | *Exhibit C-1 to Second Notice of Filing Plan Supplement, (Redline) Schedule of Retained Causes of Action* [Docket No. 502-3] | | | | | | |
| 147. | *Exhibit D to Second Notice of Filing Plan Supplement,, Schedule of Excluded Parties* [Docket No. 502-4] | | | | | | |
| 148. | *Exhibit D-1 to Second Notice of Filing Plan Supplement, (Redline) Schedule of Excluded Parties* [Docket No. 502-4] | | | | | | |
| 149. | *Exhibit E to Second Notice of Filing Plan Supplement, Kelly Hamilton Assignment Agreement* [Docket No. 502-5] | | | | | | |
| 150. | *Notice of Filing Disclosure Statement for the Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates* [Docket No. 503] | | | | | | |
| 151. | *Exhibit A to Notice of Filing Disclosure Statement for the Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates, Revised Disclosure Statement* [Docket No. 503-1] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 152. | *Exhibit B to Notice of Filing Disclosure Statement for the Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates, Redline* [Docket No. 503-2] | | | | | | |
| 153. | *Stipulation and Agreed Order Resolving the City of Pittsburgh's and Chardell Bacon's Objections to (I) Confirmation of the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Affiliates and (II) the Kelly Hamilton Sale Transaction* [Docket No. 504] | | | | | | |
| 154. | *Exhibit A to Stipulation and Agreed Order Resolving the City of Pittsburgh's and Chardell Bacon's Objections to (I) Confirmation of the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Affiliates and (II) the Kelly Hamilton Sale Transaction* [Docket No. 504-1] | | | | | | |
| 155. | *Exhibit B to Stipulation and Agreed Order Resolving the City of Pittsburgh's and Chardell Bacon's Objections to (I) Confirmation of the Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Affiliates and (II) the Kelly Hamilton Sale Transaction* [Docket No. 504-2] | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| 156. | *Proposed Order (I) Approving the Disclosure Statement, (II) Confirming the Amended Joint Chapter 11 Plan of CBRM Realty Inc. and Certain of its Debtor Affiliates (with Technical Modifications), and (III) Granting Related Relief* [Docket No. 505] | | | | | | |
| 157. | *Notice of Filing Revised Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 506] | | | | | | |
| 158. | *Exhibit A to Notice of Filing Revised Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect* | | | | | | |

| EXHIBIT NO. | DESCRIPTION | MARK | OFFERED | OBJECTION | ADMITTED | W/D | DISPOSITION AFTER CONFERENCE |
|---|---|---|---|---|---|---|---|
| | *Thereto, and (V) Granting Related Relief* [Docket No. 506-1] | | | | | | |
| **159.** | *Exhibit B to Notice of Filing Revised Proposed Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement for the NOLA Debtors, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 506-2] | | | | | | |

Dated:  September 4, 2025

Respectfully submitted,

*/s/ Andrew Zatz*

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: gregory.pesce@whitecase.com

- and -

Andrew Zatz
Samuel P. Hershey (admitted *pro hac vice*)
Barrett Lingle (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: azatz@whitecase.com
           sam.hershey@whitecase.com
           barrett.lingle@whitecase.com

*Counsel to Debtors and*
*Debtors-in-Possession*

**KEN ROSEN ADVISORS PC**
Kenneth A. Rosen
80 Central Park West
New York, New York 10023
Telephone: (973) 493-4955
Email: ken@kenrosenadvisors.com

*Co-Counsel to Debtors and Debtors-in-*
*Possession*