**Exhibit B**

**Rejected Executory Contract and Unexpired Lease List**

Pursuant to the *Modified Joint Chapter 11 Plan of Crown Capital Holdings LLC and Certain of its Debtor Affiliates* [Docket No. 501] (as modified, amended, or supplemented from time to time, the "**Plan**"), the Debtors intend to reject as of the Effective Date the Executory Contracts and Unexpired Leases listed in this **Exhibit B**.

Article V of the Plan provides that, on the Effective Date, except as otherwise provided in the Plan, all Executory Contracts or Unexpired Leases (including all Executory Contracts and Unexpired Leases identified on this **Exhibit B**) will be deemed rejected, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those that previously were assumed or rejected by the Debtors or those that are subject to a pending motion to assume or assign such Executory Contract or Unexpired Lease. Entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of such rejections.

Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within 30 days after entry of the Confirmation Order. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease pursuant to this Plan not filed within such time shall be disallowed, forever barred, estopped, and enjoined from assertion, and shall not be enforceable against, as applicable, the Debtors, the Estates, or property thereof, without the need for any objection by the Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged.** All Allowed Claims arising from the rejection of any Executory Contracts or Unexpired Leases shall constitute and be treated as Unsecured Claims. Nothing herein shall constitute an extension of any Claims Bar Date otherwise applicable to a Claim arising from an Executory Contract or Unexpired Lease that was previously rejected by the Debtors.

**This Rejected Executory Contract and Unexpired Lease List may be amended, modified, or supplemented by the Debtors at any time prior to the date the Confirmation Order is entered by the Court.**

|  | **Debtor Entity** | **Contract Counterparty** | **Description of Contract or Lease and Nature of Debtor's Interest** | **Address** |
|---|---|---|---|---|
| 1. | RH Lakewind East, LLC | ADT Inc. | Alarm Service Contract | 1501 Yamato Rd  Boca Raton, FL 33431 |
| 2. | RH Lakewind East, LLC | Entergy Of New Orleans | Electric - House Contract | 639 Loyola Ave  New Orleans, LA 70113 |
| 3. | RH Lakewind East, LLC | Arena Fire Protection, Inc. | Fire Alarm Monitoring Contract | 10023 Lifeline Court  Mobile, AL 36608 |
| 4. | RH Lakewind East, LLC | Waste Solution Services | Trash Service Contract | 1801 Youngsville Hwy Youngsville, LA  70592 |
| 5. | RH Lakewind East, LLC | Resynergy | Utility Management & Billing Contract | 7575 N Loop 1604 West Suite 104  San Antonio, TX 78249 |
| 6. | RH Lakewind East, LLC | Sewarage Water Of New Orleans | Water Contract | 625 St Joseph St  New Orleans, LA 70165 |
| 7. | RH Windrun, LLC | Entergy Of New Orleans | Electric - House Contract | 639 Loyola Ave  New Orleans, LA 70113 |
| 8. | RH Windrun, LLC | Landscape Workshop LLC | Landscaping Contract | 550 Montgomery Hwy Birmingham, AL 35216 |
| 9. | RH Windrun, LLC | Waste Solution Services | Trash Service Contract | 700 Rockaway Tpk  Lawrence, NY 11559 |
| 10. | RH Windrun, LLC | Resynergy | Utility Management & Billing Contract | 7575 N Loop 1604 West Suite 104  San Antonio, TX 78249 |
| 11. | RH Windrun, LLC | Sewarage Water Of New Orleans | Water Contract | 625 St Joseph St  New Orleans, LA 70165 |
| 12. | RH Copper Creek, LLC | Entergy Of New Orleans | Electric - House Contract | 639 Loyola Ave  New Orleans, LA 70113 |
| 13. | RH Copper Creek, LLC | Landscape Workshop LLC | Landscaping Contract | 550 Montgomery Hwy Ste 200 Birmingham, AL 35216 |

| | **Debtor Entity** | **Contract Counterparty** | **Description of Contract or Lease and Nature of Debtor's Interest** | **Address** |
|---|---|---|---|---|
| 14. | RH Copper Creek, LLC | Sewarage Water Of New Orleans | Water Contract | 625 St Joseph St  New Orleans, LA 70165 |
| 15. | RH Chenault Creek, LLC | Entergy Of New Orleans | Electric - House Contract | 3400 Canal Street   New Orleans, LA  70119 |
| 16. | RH Chenault Creek, LLC | Arena Fire Protection, Inc. | Annual Fire Inspection Service Contract | 10023 Lifeline CT  Mobile , AL 36608 |
| 17. | RH Chenault Creek, LLC | Digital Fire | IT Service Contract | 1180 Rosecrans St #556 San Diego, CA 92106 |
| 18. | RH Chenault Creek, LLC | Landscape Workshop LLC | Landscaping Contract | 550 Montgomery Hwy  Birmingham, AL 35216 |
| 19. | RH Chenault Creek, LLC | Sherwin Williams | Paint Supply Company - Interior Units  Contract | 101 W. Prospect Ave  Cleveland , OH 44115 |
| 20. | RH Chenault Creek, LLC | Excellent Paint LLC | Painting Contractor Contract | 8699 Goodrich Rd  Clarence Center, NY 14032 |
| 21. | RH Chenault Creek, LLC | Bay Pest Control | Pest Control Contract | 6820 Washington Ave  Ocean Springs, MS 39564 |
| 22. | RH Chenault Creek, LLC | Waste Solution Services | Trash Service Contract | 1801 Youngsville Hwy  Youngsville, LA  70592 |
| 23. | RH Chenault Creek, LLC | Sewarage Water Of New Orleans | Water Contract | 625 St Joseph St  New Orleans, LA 70165 |
| 24. | RH Lakewind East, LLC | CoStar Group | Advertising Contract | 3438 Peachtree Road, NE Suite 1500 Atlanta, GA 30326 |
| 25. | RH Lakewind East, LLC | Meta | Other - Contract | 1 Hacker Way   Menlo Park, CA 94025 |
| 26. | RH Lakewind East, LLC | Realpage | Answering Service Contract | 2201 Lakeside Blvd  Richarson, TX 75082 |

| | **Debtor Entity** | **Contract Counterparty** | **Description of Contract or Lease and Nature of Debtor's Interest** | **Address** |
|---|---|---|---|---|
| 27. | RH Lakewind East, LLC | Blue Moon | API Software Contract | 215 East Convent Street Lafayette, LA 70501 |
| 28. | RH Lakewind East, LLC | Cox Communications, Inc. | Phone Contract | 2 Penn Plz New York, NY 10121 |
| 29. | RH Lakewind East, LLC | Skye's Janitorial LLC | Carpet Cleaning Contract | 7240 Croweder Blvd #300b New Orleans, LA 70126 |
| 30. | RH Lakewind East, LLC | Priority Floors | Carpet Replacement Contract | 364 Connecticut Ave Hamilton, NJ 08629 |
| 31. | RH Lakewind East, LLC | Xerox Holdings Corporation | Copier Contract | 201 Merritt 7 Norwalk, CT 06851 |
| 32. | RH Lakewind East, LLC | Kings III Of America LLC | Pool Emergency Phones Contract | 751 Canyon Dr Coppell, TX 75019 |
| 33. | RH Lakewind East, LLC | Active Building | Resident Online Payments Software Contract | 615 2nd Ave Suite 700 Seattle, WA 98104 |
| 34. | RH Lakewind East, LLC | Green Acres | Towing Contract | 20946 Victory Blvd Woodland Hills, CA 91367 |
| 35. | RH Windrun, LLC | CoStar Group | Advertising Contract | 3438 Peachtree Road, NE Suite 1500 Atlanta, GA 30326 |
| 36. | RH Windrun, LLC | ADT Inc. | Alarm Service Contract | 1501 Yamato Rd Boca Raton, FL 33431 |
| 37. | RH Windrun, LLC | Skye's Janitorial LLC | Carpet Cleaning Contract | 7240 Crowder Blvd #300b New Orleans, LA 70126 |
| 38. | RH Windrun, LLC | Priority Floors | Carpet Replacement Contract | 364 Connecticut Ave Hamilton, NJ 08629 |
| 39. | RH Windrun, LLC | Xerox Holdings Corporation | Copier Contract | 201 Merritt 7 Norwalk, CT 06851 |

| | **Debtor Entity** | **Contract Counterparty** | **Description of Contract or Lease and Nature of Debtor's Interest** | **Address** |
|---|---|---|---|---|
| 40. | RH Windrun, LLC | Digital Fire | IT Service Contract | 1180 Rosecrans St #556 San Diego, CA 92106 |
| 41. | RH Windrun, LLC | National Apartment Association | Member of NAA Contract | 4300 Wilson Blvd Suite 400 Arlington, VA 22203 |
| 42. | RH Windrun, LLC | Sherwin Williams | Paint Supply Company - Interior Units Contract | 101 W. Prospect Ave Cleveland , OH 44115 |
| 43. | RH Windrun, LLC | Delta/Excellent Paint | Painting Contract | 6594 Commerce Ct Warrenton, VA 20187 |
| 44. | RH Windrun, LLC | Cox Communications, Inc. | Phone Contract | 2 Penn Plz New York, NY 10121 |
| 45. | RH Windrun, LLC | Realpage | Lead Management Software Contract | 2201 Lakeside Blvd Richarson, TX 75082 |
| 46. | RH Windrun, LLC | Bay Pest Control | Pest Control Contract | PO Box 1612 Ocean Springs, MI 39566 |
| 47. | RH Windrun, LLC | Green Acres | Towing Contract | 20946 Victory Blvd Woodland Hills, CA 91367 |
| 48. | RH Copper Creek, LLC | One Site | LMS Contract | 7725 West Reno Ave Suite 313 Oklahoma City, OK 73127 |
| 49. | RH Copper Creek, LLC | Sherwin Williams | Carpet Replacement Contract | 101 W. Prospect Ave Cleveland , OH 44115 |
| 50. | RH Copper Creek, LLC | Bay Pest Control | Pest Control Contract | PO Box 1612 Ocean Springs, MI 39566 |
| 51. | RH Copper Creek, LLC | Cox Communications, Inc. | Cable Contract | 2 Penn Plz New York, NY 10121 |
| 52. | RH Copper Creek, LLC | Kings III Of America LLC | Annual Fire Inspection Service Contract | 751 Canyon Dr Coppell, TX 75019 |

|  | **Debtor Entity** | **Contract Counterparty** | **Description of Contract or Lease and Nature of Debtor's Interest** | **Address** |
|---|---|---|---|---|
| 53. | RH Copper Creek, LLC | Active Building | Resident Online Payments Software Contract | 615 2nd Ave Suite 700 Seattle, WA 98104 |
| 54. | RH Copper Creek, LLC | Snappt | Resident Screening Contract | 226 W Ojai Ave Ste 101-419 Ojai, CA 93023 |
| 55. | RH Copper Creek, LLC | Green Acres | Towing Contract | 20946 Victory Blvd Woodland Hills, CA 91367 |
| 56. | RH Copper Creek, LLC | Residesk | Utility Management & Billing Contract | 222 Broadway 19th Floor New York, NY 10038 |
| 57. | RH Chenault Creek, LLC | CoStar Group | Advertising Contract | 3438 Peachtree Road, NE Suite 1500 Atlanta, GA 30326 |
| 58. | RH Chenault Creek, LLC | ADT Inc. | Alarm Service Contract | 1501 Yamato Rd Boca Raton, FL 33431 |
| 59. | RH Chenault Creek, LLC | Answer Automation | Answering Service Contract | 1263 Oakmead Pkwy Sunnyvale, CA 94086 |
| 60. | RH Chenault Creek, LLC | Xerox Holdings Corporation | Copier Contract | 201 Merritt 7 Norwalk, CT 06851 |
| 61. | RH Chenault Creek, LLC | National Apartment Association | Member of NAA Contract | 4300 Wilson Blvd Suite 400 Arlington, VA 22203 |
| 62. | RH Chenault Creek, LLC | Property Solution Flat | Paint Color - Flat/Semi Contract | N/A |
| 63. | RH Chenault Creek, LLC | Cox Communications, Inc. | Cable Contract | 2 Penn Plz New York, NY 10121 |
| 64. | RH Chenault Creek, LLC | Kings III Of America LLC | Pool Emergency Phones Contract | 751 Canyon Dr Coppell, TX 75019 |
| 65. | RH Chenault Creek, LLC | Realpage | Lead Management Software Contract | 2201 Lakeside Blvd Richardson, TX 75082 |

|  | **Debtor Entity** | **Contract Counterparty** | **Description of Contract or Lease and Nature of Debtor's Interest** | **Address** |
|---|---|---|---|---|
| 66. | RH Chenault Creek, LLC | Green Acres | Towing Contract | 20946 Victory Blvd Woodland Hills, CA 91367 |