# Exhibit E

## Schedule of Transferred Subsidiaries

*None*

**This Schedule of Transferred Subsidiaries may be amended, modified, or supplemented by the Debtors at any time prior to the date the Confirmation Order is entered by the Court.**