**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

---

Jack Small
**DILWORTH PAXSON LLP**
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax: (215) 754-4603

*Counsel to the Sewerage and Water Board of New Orleans*

---

In re:

CBRM REALTY INC.,

    Debtors.[1]

Chapter 11
(Jointly Administered)

Case No. 25-15343 (MBK)

Judge: Michael B. Kaplan

## APPLICATION FOR ADMISSION OF GRANT G. BUTLER PRO HAC VICE

The undersigned hereby seeks an Order granting the admission pro hac vice of Grant G. Butler, Esq. of the law firm Sher Garner Cahill Richter Klein & Hilbert, LLC to practice before this Court in connection with the above captioned proceeding. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey ("Local Rules"). Unless requested by other parties, no oral argument is requested. A proposed form of Order is submitted with the Motion.

In support of the Application, the undersigned hereby represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (1115), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

#125268338v1

1. I am an attorney-at-law and a member of good standing of the Bar of the State of New Jersey. I am a lawyer with the law firm Dillworth Paxton, LLP, which maintains offices at 1650 Market Street, Suite 1200 Philadelphia, PA 19103. Also, I am admitted to practice before this Court.

2. Dillworth has been retained to serve as counsel for the Sewerage and Water Board of New Orleans ("SWBNO") in connection with the above captioned proceeding.

3. I submit this application pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Local Rule 9010-1, in support of an Order Approving Admission, *Pro Hac Vice,* of Grant G. Butler, Esq. to this Court.

4. Mr. Butler is an attorney-at-law licensed to practice in the State of Louisiana and an attorney with the law firm Sher Garner Cahill Richter Klein & Hilbert, LLC, who maintains an office at 909 Poydras Street, Suite 2800, New Orleans, Louisiana 70012.

5. Mr. Butler is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interest of SWBNO.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice,* of Grant G. Butler, Esq. to represent the Sewerage and Water Board of New Orleans in connection with the above captioned proceedings.

October 10, 2025

Respectfully submitted,

/s/ Jack Small
Jack Small
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone:   (215) 575-7027
Facsimile:    (215) 754-4603
Email: jsmall@dilworthlaw.com

#125268338v1