**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| Jack Small<br>**DILWORTH PAXSON LLP**<br>1650 Market Street, Suite 1200<br>Philadelphia, PA 19103<br>Telephone: (215) 575-7000<br>Fax: (215) 754-4603<br><br>*Counsel to the Sewerage and Water Board of New Orleans* |

| | |
|---|---|
| In re:<br><br>CBRM REALTY INC.,<br><br>    Debtors.[2] | Chapter 11<br>(Jointly Administered)<br><br>Case No. 25-15343 (MBK)<br><br>Judge: Michael B. Kaplan |

# CERTIFICATION OF GRANT G. BUTLER IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Grant G. Butler, Esq. certifies, pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am an attorney-at-law licensed to practice in the State of Louisiana, a lawyer with the law firm of Sher Garner Cahill Richter Klein & Hilbert, LLC, and counsel for the Sewerage and Water Board of New Orleans ("SWBNO"), a creditor in the above-captioned proceedings. I am personally familiar with the facts set forth herein.

    2.    I presently reside in the State of Louisiana.

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (1115), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

#125268338v1

3. I make this certification in support of my application pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules") for admission to the Bankruptcy Court pro hac vice.

4. Sher Garner Cahill Richter Kein & Hilbert, LLC has been retained to serve as counsel for SWBNO in connection with the above-captioned case.

5. Sher Garner Cahill Richter Klein & Hilbert, LLC has had an attorney-client relationship with SWBNO. My work in connection with this representation will assist in this matter.

6. I am a member in good standing of the Bar of the State of Louisiana.

7. My date of admission for Louisiana was October 22, 2022. I have been a member in good standing since my admission.

8. There are no disciplinary proceedings pending against me in any jurisdiction, and there has been no discipline imposed against me by any jurisdiction in the past. During the pendency of this action, I will notify the Court of any change in standing with the bar of any court, and notify the Court immediately if any actions are instituted against me affecting my standing with the bar of any state.

9. I am familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and my presence will serve the best interest of SWBNO as counsel.

10. If admitted pro hac vice, I agree to abide by the Local Rules and to make the payments to the Clerk of the United States District Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection, as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

#125268338v1

11. As a condition of my admission, I agree to have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2025  /s/ Grant G. Butler
GRANT G. BUTLER

#125268338v1