**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| |
|---|
| **DILWORTH PAXSON LLP** <br> Jack Small <br> 1650 Market Street, Suite 1200 <br> Philadelphia, PA 19102 <br> Telephone: (215) 575-7027 <br> Facsimile: (215) 754-4603 <br> Email: jsmall@dilworthlaw.com <br><br> **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.** <br> Grant G. Butler (*Pending admission pro hac vice*) <br> 909 Poydras Street, Suite 2800 <br> New Orleans, Louisiana 70112 <br> Telephone: (504) 299-2100 <br> Facsimile: (504) 299-2300 <br> gbutler@shergarner.com <br><br> *Counsel to the Sewerage and Water Board of New Orleans* |
| In re: <br><br> CBRM REALTY INC., <br><br>     Debtors.[1] |

Case No. 25-15343
(Jointly Administered)

Chapter 11

Judge Michael B. Kaplan

## CERTIFICATION OF SERVICE

I, Jack Small, hereby certify than on October 10, 2025, I caused to be served the *Application for Admission of Grant G. Butler Pro Hac Vice* upon all parties via ECF notification.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: CBRM Realty Inc. (2420), Crown Capital Holdings LLC (1411), Kelly Hamilton Apts LLC (1115), Kelly Hamilton Apts MM LLC (0765), RH Chenault Creek LLC (8987), RH Copper Creek LLC (0874), RH Lakewind East LLC (6963), RH Windrun LLC (0122), RH New Orleans Holdings LLC (7528), and RH New Orleans Holdings MM LLC (1951). The location of the Debtors' service address in these chapter 11 cases is: In re CBRM Realty Inc., et al., c/o White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

#125268338v1

| | |
|---|---|
| October 10, 2025 | Respectfully submitted, |
| | /s/ Jack Small |
| | Jack Small |
| | Dilworth Paxson LLP |
| | 1650 Market Street, Suite 1200 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 575-7027 |
| | Facsimile: (215) 754-4603 |
| | Email: jsmall@dilworthlaw.com |

#125268338v1